### BRACKETT & BRATTLE v. Cap$^t$ CLARKE

Peter Brackett & Thomas Brattle guardians to John Hands Excecutor to his Father Marke Hands late of Boston Deceased plantiffs against Cap$^t$ Thomas Clarke Defend$^t$ in an Action of the case for

witholding sundry goods receiued from M$^r$ John Doggett of London for the Acc$^{ts}$ of the aforesaid Mark Hands beeing the proceede of fiue butts of sugar shipped from Barbados by Daniell Burr vpon the propper accoumpt of the said Marke Hands & consigned to the said Doggett for sales & due Damages according to Attachm$^t$ Dated the 25th of January 1671 . . . [17] the Jurie . . . found for the pl$^t$ viz$^t$ that y$^e$ Defend$^t$ produce & shew to the plantiff within two months all Aduices accounpts Invoyces and Bills of Loading which M$^r$ Doggett hath at any tyme since the yeare 1660 sent to the said Cap$^t$ Clarke hauing referrence to fiue butts of Sugar shipped from Barbados to the said Doggett per order of Mark Hands & in case that any such papers cannot be produced that the Defend$^t$ doe vpon Oath according to the best of his remembrance & knowledge comunicate the contents & purport of such papers as shall soe be wanting & that the Defend$^t$ pay according to what shall then appeare to haue beene the said Mark Hands his Interest either in ye halfe or whole of the proceeds of such sugar the first Cost of goods came to his hands with the Aduance of fowre pence vpon Euery shilling & the Interest of Eight per Cent to this tyme in money or that the Defend$^t$ vpon default therein pay to the pl$^{ts}$ one hundred & forty pounds in Money with Costs of Court the Defend$^t$ appealed from this Judgm$^t$ to the next Court of Assistants & y$^e$ s$^d$ Cap$^t$ Thomas Clarke & Ensigne John Richards Joyntly & Seuerally acknowledged themselves bound to . . . prosecute his appeale . . .

[ The following documents, from S. F. 1090, explain the Barbadian transactions which were involved in this case, and throw light on the close commercial and personal relations between Boston and Barbados, Virginia, and "Manadoes" (New York). John Stoughton is perhaps the younger brother of William Stoughton, mentioned in the will of their father, Israel Stoughton, 1644, and according to Savage "never heard of after."

S. F. 1090.4    Barbados June 24th 1661

S$^r$

I Received yo$^{rs}$ per m$^r$ Colby w$^{ch}$ were very Sharpe, I hope I shall endeavor to give no occation of any more of y$^e$ Like, also I receiv[ed] yo$^{rs}$ per Joseph Grafton w$^{th}$ y$^e$ order & Statues but y$^e$ bill of Loading gives m$^r$ Eggington ⅜ of all & your Letter mentions ¾ one for y$^e$ Acc$^t$ of yo$^r$ Selfe & marke Hands y$^e$ ¾ on yo$^r$ owne Acc$^t$. I, sell for 1$^{ll}$ ¼ per foot  I shall returne y$^e$ efects per m$^r$ Joseph more w$^{ch}$ will goe home as Soone as M$^r$ Hilton, the Ketch providence hath a voyage for Serrenam w$^{ch}$ I hope will turne to Acc$^t$, please God y$^t$ wee have had 13, or 14

ships Cast on shoare, I had 19 butts of Sug^r one board Bugbe & pleased God he ridd out well, it was one yo^r Acc^t of Trottles Debt; I shall send all y^t Debt home this year besides a considerable Summe on y^e other Account, I have been 3 days on the Jury last week & now must attend y^e whole Court two days w^ch causes mee, To be breife per Joseph More I shall Enlarge w^ch I Supposee will be home as soone as M^r Hilton, not else but Remayne yo^r faithful Servant.

John Stoughton

The following unflattering inventory is in S. F. 1090.2.

An Inventory of all such Goods M^r John Stoughton died possest of, or had, or had at y^e time of his Decease In his Charge & Cust[ody]
1 Stone horse, 1 Gelding Lame & Sickly
one man Negro named John & one Negro boy named Peter
One beam Scales & 882^ll of Leaden waights
Three bb^s flower, 2 firkins of butter, bad
1 Iron pott, 1 pewter bason; 6 butts w^th Sug^r almost full y^e Contents not knowne.
1 hh^d & 1: bar^ll of Rum & 1 hh w^th a Small quantity in it.
5 bb^s of Stinking beife, 1 empty butt: 1 empty hhd, a parcell of Deals Contents not knowne,
a dozen of new hamocks, 3 old ones
a Small parcell of Cotten about 200^lb
a Case of Pistolls & holsters a pockett pistoll & rapier a Sett of bandaleirs
3 pair of breches one Dublett & Loose Coat, 2 old hatts, 1 pair of Silver buttons for breches one Sett of Silver Ditto for Neck & Coller
a sett of Silver shoo buckles a Silver ginie hatt band, a Small gold Ring, a Small hoope gold ring, a Silver Seale, a pair of Silk Stockins
6 shirts, 5 Striped Neccloths, 4 white Jackitts, 9 Napkins 2 table Cloths,
3 pair of Linen Drawers, 1 pair old Riding stockins, 1 p^r old Silk Stockins
a holland neckcloth, 2 handchercheifs, 3 bands,
a purple Cotton morning gowne one Rugg,
1 English Case w^th 9 bottles, 9 books written in Concerning Acco^ts
Severall piles of writings, Seaverall Small papers Loose, Seaverall Noats & ribles in Small boxes & bundells a Looking glasse, a Ceder Deske a[bout] a Reame of paper.
This Came enclosed in a letter from Daniell Bur Dated y^e 22^th January 1661 In w^ch he writes I have sent also an Inventory taken per me Richards & me Cook of y^e Goods m^r Stoughton died possessed of & had in his Custody &c^a

The following account (S. F. 1090.6) is reckoned in pounds of sugar:

| 1661 Barbados; Marke Hands is Debter unto Severall Debts paid for Acco^t of John Stoughton | Sugar | 1661 Per Cont: Credito^r | Sugar |
|---|---|---|---|
| Edw: Cole . . . . . . . . . | 0320 | By Sugar Reced from Tho: Rowse . . . . . . . . . | 05377 |
| To Essabell Walker . . . . . | 0100 | | |
| To Joseph Seaton . . . . . . | 0462 | By 5 butts Sug^r Left in y^e house & one butt w^th a Small quan- | |
| To Ditto Obadiah Rume . . | 0434 | | |
| To Edw Hussey . . . . . . | 0096 | tity in it w^th the Butts . . . | 07649 |

48

|  | *Sugar* |
|---|---|
| To Leanard Sathem | 0010 |
| To Sam: Hanson | 0543 |
| To m$^r$ Buckley | 0200 |
| To John Rithop | 0282 |
| To James Haydon junio$^r$ | 2475 |
| To Will: Rush | 0052 |
| To David Morgan | 0324 |
| To M$^r$ Chandler | 0622 |
| To James Cawes | 0622 |
| To Jeremiah Eggington | 2668 |
| To Will Rope | 0095 |
| To Nathaniell Patridge | 0872 |
| Thomas White | 0500 |
| To So much paid for a Letter of administraton | 0120 |
| To 5$^s$ p$^d$ y$^e$ Clarke for a Coppie of a Noate | 0050 |
| To 70$^{ll}$ Sug$^r$ p$^d$ Nath: Patridge | 0070 |
| making a studs for the house & shoats for windowes | 0465 |
| Disburstm$^{ts}$ upon y$^e$ Ketch providenc | 2990 |
| Disburstm$^{ts}$ on y$^e$ ketch Content | 0894 |
| 1 hh of bread dd math: Clarke for y$^e$ use of y$^e$ Elizab$^{th}$ | 0529 |
| To Severall Cloths w$^{ch}$ were John Stoughton's | 0517 |
| To old Cloaths for y$^e$ Negro | 0050 |
| To a rundlett of Sug$^r$ for your use aboard | 0086 |
| p$^d$ John Corthue for your Expencis | 0032 |
| To apar of Stockins for Ditto | 0000 |
| To Joseph Seaton for Ditto | 0265 |
| To p$^d$ Tho: Dimondo for Ditto | 0316 |
| To p$^d$ W$^m$ Greenoh per you 69: 1 p$^r$ stockins | 0239 |
| To p$^d$ Jonathan Hill for you | 1250 |
| Execution for you | 0050 |
| To 1 hh Rumm & hh & bringing from Loand | 0945 |
| To 80$^{ll}$ of Sug$^r$ p$^d$ y$^e$ Cuntery | 0080 |
| Taking in a parcell of Rumm Recd from Hawkins | 0026 |
| By my Commissons for y$^e$ aboves$^d$ Disburstm$^{ts}$ at 5 per C$^t$ being 20[6]84 shoger | 1034 |

|  | *Sugar* |
|---|---|
| By Sug$^r$ from Joseph Seaton & Thomas Dymon | 00581 |
| By Ditto from mansel Brando | 03000 |
| By Ditto received from Tho: Culpeper | 01084 |
| Reced from Robert Crober | 00140 |
| By reced from Abram Kemball | 00257 |
| By Tho: Powdreth | 00115 |
| By Abram Kemball | 00622 |
| By m$^r$ Dalathy | 450 |
| By Sion Hill | 00322 |
| By Cap$^t$ James White | 06060 |
| By John Sewell | 02600 |
| By Tho: Culpeper | 00054 |
| By Tho: Abbett | 00159 |
| By 3 gall$^s$: 3 qua$^{rt}$ rumm | 00045 |
| By 36$^{lb}$ of Candells at 1$^{ll}$ per lb | 00252 |
| By Abnell of Froneth | 00443 |
| By Nath. Pattridge | 00300 |
| By one bl: rumm & bl: | 00434 |
| By 7 water bl: | 00260 |
| 26 gall: ¾ rumm & a bar$^{ll}$ | 00361 |
| By Rumm Reced from Majo$^r$ Hawkins | 01963 |
| By 237$^{lb}$ Cotton | 00464 |
| By Neet Sayles of a parcell of goods Jn$^o$: Stoughton left | 00763 |
| By a Noat of Tho: Rowston | 15346 |
| By Hen: Feak         653 | |
| By Jn$^o$ Patridge     1418 | 02071 |

41712

A Coppee of an Acc$^t$ given Marke Hands by Dan: Burr

This is a True Coppie as Attests
FreeGrace Bendall Cler.

*Sugar*

To Goods Laded aboard y$^e$
Ketch providence for virginia
for Acc$^t$ of Cap$^t$ Clarke &
yo$^r$ selfe . . . . . . . . . 12147
To goods Laden on board the
Hope of London Amos foard
Command$^r$ . . . . . . . 7847
for keeping upoone house 2 m$^o$
0050 1933
paid Joseph Grafton for wayes
1883

41712

S. F. 1090.5

Barbados August 4$^d$ 1662

M$^r$ Winsloe and Loving freind, I make bould Still to troble you.

I have sent you a Coppy of Letter Sent Once againe to Cap$^t$ Clarke & Acco$^t$ pray take Opportunitie to peruse them & Lett my Cousen Everill See them y$^t$ you may Speak to Cap$^t$ Clarke at yo$^r$ Leisure y$^t$ wee may once Come to a Conclusion, If M$^r$ Winsloe doe not receive 2 hh$^s$ of Sug$^r$ of M$^r$ Culpper I shall Send you 2 hh$^s$ per M$^r$ Prout I am Very Sorry it is no$^t$ yet paid if possible I can gett in any you shall not faile I have sent you bill of Laden for 5 butts Musc$^o$ Sug$^r$ Shipt per David Burr for my particular Acc$^t$ Consigned to M$^r$ Daggett w$^{ch}$ Cap$^t$ Clarke layes Claime to, but desire you to Receive the produce when Come to hand, I have sent Some 6 Sug$^r$ Loaves, One to yo$^r$ wife one to my Cousen Everill One to Goodee Briggs One to my Sister Hannford One to M$^{rs}$ Flint & one to Hitte per M$^r$ Winsloe I have sent you home a pair of Pistoles & holsters a rapier a bow, a draught of a Ship to hang up in y$^e$ hall, I have sent 20/$^s$ in mony to John, pray doe not Lett him Spend to fast & 20/$^s$ To Hitte & 40/$^s$ to Goodee Briggs, Goodee Briggs Saith she hath disburst Something for Hitte, y$^t$ I would have her Sattisfie herselfe, her mother Left y$^e$ charge of Hitty w$^{th}$ Goody Briggs which I would nout have my Children to be chargeable to any body (though trublsome) Soe long as I Live, pray gett y$^e$ pistolls & y$^e$ rapier fitted that they bee not Spoyled & Lett John pay for them out of his Money, Pray remember my Love to yo$^r$ good wife & children & my Children, Soe I Leave you to God and Remayne

yours to Command Marke Handess

. . . true Coppie as Attests FreeGrace Bendall Cler.

S. F. 1090.7

Barbados Agust 4$^d$ 1662

Cap$^t$ Thomas Clarke

S$^r$ yo$^r$ Last receaued bearing Date 16 June Last wherein you Expresse a great deale of dificulty in Diuideing Our Debts & howse but rather should be sold, debts parted & you should receaue yo$^r$ sugar, but heere is no such quick Sale for howses in Barbados at present neither the Debts soe hastily receaued, my Desire hath bin any tyme this three years for a Diuicion but could neuer gaine itt which

is to my great Losse. Is it not a sad thing that a man shold be kept in partner-shipp Joyned for two years all Dayes of his life & after Death his Children may be ruinated & neuer bring things to a period, how oft haue I prest vpon a Diuicion & how oft haue you promised it shold be soe & now send mee word that you would haue the howse Sold & the Debts Diuided, soe that my part of the howse must lye for your particular use & neuer receaue one hh$^d$ of sugar from itt soe long tyme pray S$^r$ observe the Golden Rule & Doe as you would be done by I was neuer bound prentice to you for all Dayes of my Life, Inclosed are acc$^t$ of pro-ceedings in Virginia for M$^r$ Langworth acc$^t$ Cap$^t$ Eginton & m$^r$ Gale charge you with ¼ part beeing the Order of John Stoughton which acc$^t$ also is inclosed, heere also acc$^t$ in Menados & fairfeild & if you please to haue the particulars (owned per Cap$^t$ Egenton & m$^r$ Gale) I shall send them to you Daniell Bur is goeing ofe & will medle no more w$^{th}$ your buisnese. I haue Left the buisnese with phelick Sanford onely to pay m$^r$ Gard that wee may not be Exclaimed vpon as receiuers John Stoughton hath receaued As appears of m$^r$ Gards sugar since I went to Virginia about 30 or 40000$^{li}$ what hee hath don with itt I cannot informe which you are sensible cannott but bee to my great Damage haueing Long wrought for itt, heers acc$^t$ of your particular whereby you will see Jn$^o$ Stoughtons Expences proued by Oath, I haue not since my goeing ofe to Virginia had one hh$^d$ of sugar shipt ofe per Jn$^o$ Stoughton tho. haue bin at halfe charge for Storeidge howse-keeping & a Man ag$^t$ him vpon my acc$^t$ & particular charge & haue acc$^t$ of no goods shipt for my acc$^t$ soe y$^t$ you cannot be vnsensible of my great Losse, there is no comicion charged for your owne goods sales nor returns which I thinke is a great deale of Injustice that I should haue noething don & you all for yo$^r$selfe, I haue got Some freinds to settle Jn$^o$ Stoughtons acc$^t$ & haue sent you a Coppie I carry no Estate to Virginia of yo$^{rs}$ but yo$^r$ ⅛ part of Katch content nor none can at present be gotten but what may bee goes to pay m$^r$ Gard, heere is 14000$^{li}$ sugar y$^t$ is found y$^t$ Jn$^o$ Stoughton shipt ofe for your owne acc$^t$ what more I know not nor what became of the rest I left the acc$^t$ Ball$^a$ per acc$^t$ of Sales & haue not had shipt ofe since out of the Joynt acc$^t$ one hh$^d$ nor vallue of sugar for my particular 5 Butts of sugar Daniell Borr ship$^t$ ofe to m$^r$ Doggitt for my particular acc$^t$ which was for meat I brought from Virginia & one horse I sould & now you write it is the Joynt Sugar which is noething soe I haue sent the bill of Ladeing to m$^r$ Winslow to proue the sugar shipt ofe for my particular acc$^t$ I desire you would not medle with itt but deliuer it to m$^r$ Winslow if m$^r$ Doggit sends itt, your acc$^t$ betwixt you & mee God willing I will come home in May & cleere, Cap$^t$ Egginton & I haue not yet made vp acc$^{ts}$ for Seuerall Voyages but hope shall cleere before I goe away, for your part he desires to send a Lett$^r$ of Attourney to call him to acc$^t$ & that hee may be discharged & he will send you home to cleere itt so he does per many men y$^t$ hee may be cleere, & for buyeing & selling the Catches I haue don noething in itt Joseph Grafton is well ariued in England I haue Left my order with phelick Sanford therefore if you please to send any one ouer or appoynt any to Diuide the Debts & Estate heere shall be well satisfied y$^t$ I may once be cleere, as for the 100$^{li}$ at Manedos the ship was not come in when Cap$^t$ Moore Sayled thence as per Johannes Van Brogen$^s$ to mee Expresseth by first conveyance hee will send it you: By m$^r$ Prout shall send a cleere acc$^t$ when haue made vp with Cap$^t$ Egginton. heer$^s$ ⅛ part you haue in prouidence more then I. heer$^s$ 14000 sug$^r$ out Joynt Stock more then I heer$^s$ a great deale of sugar gone out of y$^e$ Joynt Stock to m$^r$ Gard to make John Stoughtons acc$^t$ good 30 or 40000$^{li}$

sugar which brings all to little what became of y$^e$ bords by the prouidence I can finde noething of them as well as of a great Deale more what neglected now shall informe per m$^r$ Prout not clere but that I am

yo$^r$ faythfull freind & serv$^t$

Mark Hands

This is a True Coppie as Attests FreeGrace Bendall Cler.

Since I left the Island John Stoughton had a trade of Shooting at the hole 500 or 1000$^{li}$ sug$^r$ a shoot which I feare wasted much the Estate, The Lord Winsor was heere w$^{th}$ fiue shipps (per ord$^r$ from the Kyng) & haue carried away many passeng$^{rs}$ with him to Jamaico & what of o$^r$ Debt$^{rs}$ are gon[1] I Know not, for the firkin of Butter I receaued of M$^{rs}$ Stoughton haue deliuered to Daniell Bur he hath deliuered the produce to you pray deliuer it her

. . . True Coppie as Attests FreeGrace Bendall Cler.

## S. F. 1090.8

The Testimony of John Winslow Aged 75 years or there abouts

Testifieth & saith that about the year 1661 when Marke Hands whent last from this place & Leaving w$^{th}$ me Some trust about his buisness & Especially about his poore Children y$^t$ were motherless for whome he did take more then ordnary Care & Especially y$^t$ now he was Like to Leave them fatherless too at present he desired me to bee Care full over them in his abcesnce & to see y$^t$ thay did not want for nothing y$^t$ might bee for their good & Comfort and he did promise that he would take Care to send means for their Comfortable maintenance & y$^t$ he had or would send 5 butt$^s$ of Sug$^r$ unto M$^r$ John Doggett of London y$^e$ Effects of w$^{ch}$ Sug$^r$ should bee ordred unto me here in New-England for y$^e$ use of his children, and to pay Some Small Debts he did here owe, as also he did tell me y$^t$ he had or would order Joseph Grafton who was bound from Virginia unto holland in a vessell wherein y$^t$ Said Hands was Interested to deliver y$^e$ Effects of what Intrest was his in y$^e$ vessell for y$^e$ vse aforesd: as also after his departure hence he did advise me by Seaverall Letters y$^t$ Daniell Burr had by his order shipped y$^e$ Said 5 butts of Sug$^r$ for y$^e$ propper Acc$^t$ of Marke Hands and Consigned them unto M$^r$ Doggett now y$^e$ year folowing Cap$^t$ Pearce coming here I did aske him if m$^r$ Doggett had shipped any Goods aboard for y$^e$ Acc$^t$ of Marke Hands, but he Said no, but he had shipped Some & Sent them unto Cap$^t$ Clarke, now I Supposing these Goods might bee the goods Marke Hands had given me advise of I went unto Cap$^t$ Clarke to Demmand them as Marke Hands his Goods he did owne them to bee Such a parcell of goods & y$^r$ returns of y$^e$ 5 butts of Sug$^{er}$ but would not owne them as Marke Hands and asked me how marke Hands should come by such an Estate of his owne I replyed & asked him how he & other men Came by their Estates, and that, y$^t$ was very hard if an Industerous man in so many years as he had been in Barbados & Soe good a time of trading Could gett Soe much of his owne y$^t$ was very hard, but at Last he did tell me y$^t$ if I would take y$^e$ one halfe I might have y$^t$ for he Supposed y$^t$ Came out of y$^e$ joynt Stock, I did reply

---

[1] On 20 July, 1662, Lord Windsor, Governor of Jamaica, appeared at Barbados in command of a fleet, seeking recruits to settle his own colony. Owing to his royal backing the Barbadian authorities were unable to prevent him from carrying off sundry indented servants and debtors. V. T. Harlow, History of Barbados, p. 139.

I would have all or none and so parted but upon Second Considrations haveing occation to pay Some Small debts for y$^e$ Said Hands I went unto Cap$^t$: Clarke & was content at present to take y$^e$ one halfe but did never See y$^e$ Invoyce of y$^e$ Goods nor what there was come but he did tell me there was ten bar$^{lls}$ of Pouder & as I remember Some Ruggs & other Goods the halfe of w$^{ch}$ he said I might have I did at present take one bb: of pouder & presantly after Cap$^t$ Clarke fell Sick at m$^r$: Treeks and there I went unto him for another w$^{ch}$ m$^r$ Treek did Deliver me & before I went for any more here Came News of m$^r$ Hands his Death & then Cap$^t$ Clarke would lett me have noe more, though I did make y$^t$ app$^r$ by a bill of Loading that Mark Hands did send me and did shew y$^t$ unto Cap$^t$ Clarke wherein was Expressed y$^e$ 5 butts of Sug$^r$ Shipped by Daniell Bur for y$^e$ proper Acc$^t$ of Marke Hands and Signed by Amos foard who did Carry y$^e$ 5 butts from Barbados to London but this bill of Lading I cannot Since finde and know not wether I Left y$^t$ w$^{th}$ Cap$^t$ Clarke in his Counting House or not, also there is Severall Letters y$^t$ I did make y$^t$ appeare to Cap$^t$ Clarke y$^t$ he had nothing to doe w$^{th}$ y$^e$ Goods y$^t$ he hath Kept all but y$^e$ 2 bb$^s$ of powder Neither did there ever Come y$^e$ worth of one peny to me of y$^e$ Goods shipped in Joseph Grafton or any acc$^t$: of y$^t$ and further Saith not.                                    John Winslow

Sworne in Court y$^e$ 31th 11m° 1671 as Attests FreeGrace Bendall Cleric.

Clarke's reasons of appeal have not been found; Brackett's and Brattle's answer thereto (S. F. 1090.3) alleged that there was no effect in the summons, and reviewed the facts in the case, with a good many references to "widdows" and "orphants." "His pretence of producing an account in company to y$^e$ last court is a meer collusion . . ."; and in conclusion:

. . . it is humbly hoped that it will be evident y$^t$ y$^e$ orphants Interest is unjustly detained or interrupted by y$^e$ now [plan]tiff under colour and pretenc of partnership, & that upon that single con[sidera]tion the judgment now appealed from is just and legall, and that the cours of commerce and faith that is given in trade, reason, reputation, religion, & definitive law y$^t$ is established by y$^e$ most high & just judg. Exodus. 22. 11th determineth y$^t$ an oath of y$^e$ land ought to be between us, or if y$^e$ goods be by any dividable Interest torn in peices, let him bring it for a witnesse. And in y$^t$ judgment y$^t$ y$^e$ only wise judg shall direct this honoured court to give we shall acquiesce in y$^e$ orphants behalf, & pray y$^t$ in this & in all other your determinations y$^u$ may have divine assistanc and direction, being                       Your honours Suppliants and servants.
                                                        Tho: Brattle
                                                        Peter Brackett

Boston the 5th of March 1671/2

See also the next two entries in the text, and below p. 79.]